

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00616-CV

Allstate Fire and Casualty Insurance Company
v.
Fernando R. Rodriguez and Gwendle Garza,
Individually and as Next Friends of Draven Rodriguez and Jolivie Rodriguez, Minor
Children

On Appeal from the
24th District Court of Victoria County, Texas
Trial Court Cause No. 17-05-81003-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

August 26, 2021